**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6643

TRACEY TERRELL GRADY,

Plaintiff - Appellant,

v.

D. ROGERS, f/k/a FNU Rogers, Captain at Union County Jail; J. DENNIS, f/k/a FNU Dennis, Lieutenant at Union County Jail; B. W. PURSER, f/k/a FNU Purser, Sergeant at Union County Jail, Individual Capacity; C. A. EUBANKS, f/k/a C. Eubanks, Officer at Union County Jail, Individual Capacity; D. BURNS, f/k/a FNU Burns, Officer at Union County Jail, Individual Capacity; K. MARTIN, f/k/a FNU Morton, Corporal at Union County Jail; H. W. YOUNTS, f/k/a FNU Younths; FNU HAMILTON, Officer at Union County Jail, Individual Capacity; J. PHILEMON, f/k/a FNU Philimon, Sergeant at Union County Jail, Individual Capacity; EDDIE CATHEY, Sheriff of Union County; MEGAN KIMBALL, Sergeant at Union County Jail, Individual Capacity; J. R. STRICKLAND, Officer at Union County Jail, Individual Capacity; Z. R. PANEK, Officer at Union County Jail, Individual Capacity; V. L. ADCOCK, Sergeant at Union County Jail, Individual Capacity; C. MCSHEEHAN, Officer at Union County Jail, Individual Capacity; A. KNOX, Officer at Union County Jail, Individual Capacity; FNU GROOMS, Officer at Union County Jail, Individual Capacity; D. RUCKER, Officer at Union County Jail, Individual Capacity; T. KNOTTS, Officer at Union County Jail, Individual Capacity; FNU KEZIAH, Officer at Union County Jail, Individual Capacity; D. ORLANDO, Officer at Union County Jail, Individual Capacity; C. T. KIKER, Officer at Union County Jail, Individual Capacity,

Defendants - Appellees,

and

FNU HODGESON, Officer at Union County Jail; FNU BOITNOT, Sergeant at Union County Jail; FNU GREENLEY, Head Nurse at Union County Jail,

Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:20-cv-00601-MR)

Submitted:  December 15, 2022                    Decided:  December 19, 2022

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tracey Terrell Grady, Appellant Pro Se.  Donald Brandon Christian, Monroe, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracey Terrell Grady, a North Carolina inmate, appeals the district court's order dismissing without prejudice Grady's 42 U.S.C. § 1983 civil rights action after the court exercised its discretion to revoke Grady's authorization to proceed in forma pauperis (IFP). Upon review, we discern no abuse of discretion in the district court's ruling. *See Blakely v. Wards*, 738 F.3d 607, 612 (4th Cir. 2013) (en banc) (observing this court's agreement with the principle that lower courts have the "authority to deny IFP status to a prisoner who has abused the privilege" of proceeding IFP (internal quotation marks omitted)). Accordingly, we affirm the appealed-from order for the reasons stated by the district court. *Grady v. Rogers*, No. 3:20-cv-00601-MR (W.D.N.C. May 18, 2022). We deny Grady's motion to stay this appeal and deny as moot Grady's motion for additional time to supplement his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*